IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 04-cv-00384-PSF-CBS

LEONARD ALBERT WHITEHOUSE, JR., and
JESSE KEN HOLMES, III,

    Plaintiffs,

v.

SEARS, ROEBUCH AND COMPANY, an Illinois corporation,

    Defendant.
_____

## ORDER
_____

    On August 17, 2005, this Court's staff tentatively set this case for a ten-day jury trial to begin January 9, 2006, with a Final Trial Preparation Conference set for January 6, 2006. This was done after counsel asserted that they had no convenient trial dates mutually available to them before February 2006. Such a far-off trial date for a case that is trial ready is unacceptable to the Court as it appeared inconsistent with the strictures of F.R.Civ.P. 1 calling for, among other things, the speedy determination of every action.

    Counsel are directed to confer and file with the Court within seven days of this Order an agreed upon trial date within the next 60 to120 days. If counsel cannot agree

upon a trial date within that time frame, the Court will set a ten-day jury trial consistent with its calendar within 120 days, and possibly within 60 days.   A deadline for motions *in limine* will be set at the time the trial date is determined.

    DATED: August 17, 2005.

                        BY THE COURT:

                        s/ Phillip S. Figa
                        _____
                        Phillip S. Figa
                        United States District Judge