IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 04-cv-00384-PSF-CBS

LEONARD ALBERT WHITEHOUSE, JR., and
JESSE KEN HOLMES, III,

    Plaintiffs,

v.

SEARS, ROEBUCK AND COMPANY, an Illinois corporation,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY JUDGE PHILLIP S. FIGA

    The parties' Joint Motion to Retain January 9, 2006 Trial Date (Dkt. # 50) is GRANTED.  The above-captioned matter has been scheduled for a **ten-day jury trial** on the docket of Judge Phillip S. Figa in the U.S. District Courthouse, Courtroom A602, 6th Floor, 901 19th Street, Denver, Colorado, to commence on **January 9, 2006 at 1:30 p.m.**

    A Final Trial Preparation Conference is set for **January 3, 2006 at 9:30 a.m.** The parties are expected to be fully prepared for trial at that time.  **Lead counsel who will try the case shall attend.**

DATED:  August 30, 2005