IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 04-cv-00384-PSF-CBS

LEONARD ALBERT WHITEHOUSE, JR., and
JESSE KEN HOLMES, III,

    Plaintiffs,

v.

SEARS, ROEBUCK AND COMPANY, an Illinois corporation,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY JUDGE PHILLIP S. FIGA

    THIS MATTER is before the Court on defendant's Unopposed Motion to Withdraw on Behalf of Anthony C. Schwartz (Dkt. # 52). It is hereby ORDERED that the motion is GRANTED, and that Anthony C. Schwartz shall be removed as one of the counsel of record for Sears, Roebuck and Co.

DATED: August 31, 2005